106 A.3d 478

IN THE MATTER OF ESTELLE FLYNN LORD, AN ATTORNEY
AT LAW (ATTORNEY NO. 012041983).

January 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–105, concluding that **ESTELLE FLYNN LORD** of **GARWOOD,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.6(a) (revealing confidential information relating to the representation of a client), *RPC* 1.7(a)(2) (concurrent conflict of interest), and *RPC* 1.16(d) (improper termination of representation), and good cause appearing;

It is ORDERED that **ESTELLE FLYNN LORD** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.